# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**CASE NO.:  26-12093-BKC-RAM**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

JENNIFER BROOKS

DEBTOR_____/

## NOTICE OF WITHDRAWAL OF (ECF# 15) TRUSTEE'S MOTION TO DISMISS CASE

Notice is hereby given that the Trustee's Motion to Dismiss Case (ECF# 15) filed on behalf of Trustee Nancy K. Neidich, is hereby withdrawn.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Withdrawal of Trustee's Motion to Dismiss Case was mailed to those parties listed below on this 27th day of March, 2026.

*/s/ Nancy K. Neidich*_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS CASE
CASE NO.:  26-12093-BKC-RAM

**COPIES FURNISHED TO:**

**DEBTOR (VIA MAIL)**
JENNIFER BROOKS
14134 SW 276TH WAY
HOMESTEAD, FL  33032

**ATTORNEY FOR DEBTOR (VIA ECF)**
JEROME RAMSARAN, ESQUIRE
1200 BRICKELL AVE
SUITE 1950
MIAMI, FL  33131