

**ORDERED in the Southern District of Florida on April 24, 2026.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

CASE NO. 26-12093-RAM

JENNIFER BROOKS
    Debtor

_____/

## ORDER TO SHOW CAUSE
### (Hearing on 5/11/2026 at 9:00 am)

THIS CASE came before the Court on April 21, 2026 on the confirmation of the proposed chapter 13 plan, and based on the record, it is ORDERED as follows:

Jerome Ramsaran, Esq is directed to appear by Video Conference by Zoom for Government on May 11, 2026 at 9:00 am. To show cause why sanctions are not appropriate as counsel failed to appear at the confirmation hearing on April 21, 2026 and to correct the issues stated on the Trustee's deficiency.

To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. The hearing scheduled by this notice will take place

only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their

clients not to appear at the courthouse. Although conducted by video conference, the hearing is a

court proceeding. The formalities of the courtroom must be observed. All participants must dress

appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with

the dignity of the Court.  To register, click on or enter the following registration link in a

browser:

https://www.zoomgov.com/meeting/register/vJItdOyvrjIvGmlCDrtlqCZrs_TzvTdyAJ0

      * * *

Submitted by
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027
(954)  443-4402

Nancy K Neidich, Esq, Chapter 13 Trustee, is directed to serve a conformed copy of this Order to Jerome Ramsaran, Esq immediately upon receipt and filed a certificate of service with the Clerk of the Court