**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                            Case No: 26-12093-RAM
                                                                        Chapter 13

JENNIFER BROOKS

 _____Debtor_____/

### RESPONSE TO ORDER TO SHOW CAUSE

Debtor's counsel, Jerome Ramsaran, Esq., through undersigned counsel, respectfully files

this Response to the Court's Order to Show Cause entered April 24, 2026 [ECF No. 36], and states

as follows:

1. On April 24, 2026, the Court entered an Order directing counsel to appear on May 11, 2026

   at 9:00 a.m. to show cause why sanctions are not appropriate based on counsel's failure to

   appear at the April 21, 2026 confirmation hearing and to correct the issues stated in the

   Chapter 13 Trustee's deficiency.

2. Counsel respectfully acknowledges the seriousness of the Court's Order and regrets the

   failure to appear at the April 21, 2026 confirmation hearing.

3. The failure to appear was not intentional, was not the result of disregard for the Court, and

   was not intended to delay the case or prejudice the Trustee, creditors, or the Debtor.

4. The nonappearance resulted from an internal miscommunication following the § 341

   meeting. Specifically, coverage counsel attended the 341-Meeting of Creditors and advised

   that undersigned counsel's appearance would not be required at any additional hearing and

   that the Chapter 13 plan would proceed through confirmation so long as the outstanding

   documents requested by the Trustee were provided.

5. Based on the representations of coverage counsel, the hearing was subsequently removed from counsel's calendar by undersigned counsel's assistant. As a result, counsel did not appear at the April 21, 2026 confirmation hearing.

6. Upon a call from the Court regarding the confirmation hearing, undersigned counsel's assistant, Kimberly Stratos, immediately contacted the court and the Trustee to determine why the hearing was moving forward. Ms. Stratos was notified by Christie, from the trustee's office, that time that the hearing had not been cancelled and had moved forward without undersigned counsel.

7. Counsel accepts responsibility for the calendaring and coverage-review failure. While the mistake originated from the post-meeting report by coverage counsel, counsel recognizes that the responsibility to monitor confirmation hearings, Trustee deficiencies, and required appearances remains with Debtor's counsel of record.

8. Upon learning of the issue and the Court's Order to Show Cause, counsel took steps to review the docket, identify the outstanding Trustee deficiencies, and correct the internal process that led to the missed hearing.

9. Counsel is working to cure, or has cured, the Trustee's outstanding deficiencies, including providing all documents requested by the Trustee and addressing any remaining plan-confirmation issues.

10. Counsel has also implemented the following corrective measures to prevent recurrence:

    a. all coverage counsel reports must now identify whether any hearing appearance remains required;

    b. confirmation hearings will remain on counsel's active calendar unless and until a written order, notice, or confirmed communication from the Trustee or Court confirms that attendance is excused;

c. Trustee deficiencies will be reviewed directly by counsel of record rather than relying solely on a coverage report; and

d. the firm will conduct a docket review before each confirmation calendar to confirm whether appearances remain necessary.

11. Counsel respectfully submits that sanctions are not necessary under the circumstances because the failure to appear was the result of mistake and miscommunication, not bad faith, willful disregard, or a pattern of noncompliance.

12. Counsel apologizes to the Court, the Chapter 13 Trustee, and all parties in interest for the inconvenience caused by the nonappearance.

13. Counsel respectfully requests that the Court discharge the Order to Show Cause without sanctions, or, in the alternative, impose no monetary sanction provided that counsel promptly cures all Trustee deficiencies and appears at any continued confirmation hearing or status conference as directed by the Court.

WHEREFORE, Debtor's counsel respectfully requests that the Court enter an order discharging the Order to Show Cause, declining to impose sanctions, and granting such further relief as the Court deems just and proper.

Dated: May 8, 2026

By: */s/ Jerome Ramsaran, Esq.*
JEROME RAMSARAN, ESQ.
(FBN: 112703)
RAMSARAN LAW GROUP
1200 Brickell Ave, Suite 1950
Miami, Florida 33131
Tel: (305) 676-6832
Fax: (855) 779-9473
Designated E-mail Address
Info@ramsaranlawgroup.com
*Counsel for Debtor*

VERIFICATION OF KIMBERLY STRATOS

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury the foregoing is true and correct.

_____

KIMBERLY STRATOS
Legal Assistant to Jerome Ramsaran, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served simultaneously upon the Court's docketing thereof on all parties registered to receive Notices of Electronic Filing in this proceeding. I also certify that on May 9, 2026, I served a copy of said document by first class U.S. mail, postage prepaid, or as otherwise indicated, upon the parties listed on the manual service list below.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Northern District of Florida.

Dated: May 8, 2026

Respectfully submitted,

/s/ Jerome Ramsaran, Esq.
Jerome Ramsaran, Esq.
(FBN: 112703)
Ramsaran Law Group
1200 Brickell Ave, Suite 1950
Miami, FL 33131
Tel: (888) 423-9393
Fax: (866) 473-2260
jerome@ramsaranlawgroup.com
info@ramsaranlawgroup.com

*Attorney for Debtor*

**Mailing Information for Case 1:26-bk-12093**

**Electronic Mail Notice List**
The following is the list of parties who are currently on the list to receive email notice/service for this case.

Neisi I Garcia Ramirez on behalf of Creditor PennyMac Loan Services, LLC
neisi.garciaramirez@brockandscott.com, wbecf@brockandscott.com

Teresa M Hair on behalf of Creditor PennyMac Loan Services, LLC
teresa.hair@brockandscott.com, WBECF@brockandscott.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov


**Manual Notice List**
The following is the list of parties who are not on the list to receive email notice/service for this case (who therefore require manual noticing/service).


60 Day Credit Repair
1664 S. Dixie Dr.
Saint George, UT 84770

Baptist Credit Union
975 Baptist Way
Homestead, FL 33030

Barclays
PO Box 8801
Wilmington, DE 19899-8801

Bhsf FCU
Attn: Bankruptcy
13200 S West 128th St Suite C-1
Miami, FL 33186

Central Portfolio Cont
10249 Yellow Circle Dr
Ste 200
Minnetonka, MN 55343-9111

Central Portfolio Control
Attn: Bankruptcy Dept
10249 Yellow Circle Dr Ste 200

Minnetonka, MN 55343-9111
Discover Card
PO Box 8003
Hilliard, OH 43026

Elite Security Systems
15600 SW 288th St.
Suite 203
Homestead, FL 33033

Exeter
PO Box 166008
Irving, TX 75016

Mandarin Lakes Neighborhood Homeowners A
c/o Dania Fernandez & Associates, PA
13500 SW 88th Street, Suite 265
Miami, FL 33168

Merrick Bank
PO Box 5000
Draper, UT 84020-500

Paragon Contracting Svc LLC
10249 Yellow Circle Dr
Ste 200
Minnetonka, MN 55343-9111

Pennymac
PO Box 660929
Dallas, TX 75266-0929

Pennymac
PO Box 514387
Dallas, TX 75266-0929

Sunrise Banks
Attn: Bankruptcy
2525 Wabash Ave
Saint Paul, MN 55114

Sync/low
PO Box 965060
Orlando, FL 32896

U.S. Department of Housing and Urban Develop
77 Forsyth Street SW
Atlanta, GA 30303

(p)US Department Of Housing And Urban Develop
ATTN Robert Zayac
40 Marietta St Suite 300
Atlanta, GA 30303-2812

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587